UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-20577-CV-WILLIAMS

DOROTHY BAZAN,

    Plaintiff,

v.

CARNIVAL CRUISE LINES,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Eduardo I. Sanchez's Report and Recommendation (DE 133) ("***Report***") on Defendant's Motion for Summary Judgment (DE 104) ("***Motion***"). In the Report, Judge Sanchez recommends that the Motion be granted. (DE 104 at 1.) Specifically, Judge Sanchez finds that: (1) there is no evidence that Carnival negligently failed to control a crowd that caused injury to Plaintiff; (2) there is no evidence that Carnival negligently maintained the staircase at issue and thereby caused Plaintiff injury; and (3) there is no evidence that Carnival failed to warn Plaintiff of any hazardous or dangerous conditions. (*Id.* at 6, 11, 16.) No objections were filed to the Report, and the time to object has passed. (*See* DE 135.)

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Sanchez's Report (DE 133) is **AFFIRMED AND ADOPTED**.

    2.    Defendant's Motion for Summary Judgment (DE 104) is **GRANTED**.

    3.    The Court will separately issue a final judgment.

    4.    This case is **CLOSED**. All hearings and deadlines are **CANCELED**. Any

pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>23rd</u> day of August, 2024.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE